# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BETTY JO MEDLER**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**Case No. 4:20-cv-00555-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## **ORDER**

　　　　Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. *Doc.* 17. Upon examination of the merits of this case, this Court grants the Motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

　　　　SO ORDERED THIS 3rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEROME T. KEARNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE