# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BETTY JO MEDLER**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-00555-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 3rd day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE